FILED
CLERK, U.S. DISTRICT COURT

JUN - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MJ11-1286

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| Jose Rosas-Maruca | ) Conditions of Release) |
| Defendant. | ) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

(A)  (X)  the appearance of defendant as required; and/or

(B)  ( Y  the safety of any person or the community.

//

//

1  The Court concludes that :

2 A.  ( )  Defendant poses a risk to the safety of other persons or the

3       community because defendant has not demonstrated by clear and

4       convincing evidence that:

5

6     _CLM Reons_

7

8

9

10 (B)  ( )  Defendant is a flight risk because defendant has not shown by clear

11       and convincing evidence that:

12

13     _Prion Derats_

14

15

16

17  IT IS ORDERED that defendant be detained.

18

19 DATE: _6/7_, 2011

20

21      MICHAEL R. WILNER

22      UNITED STATES MAGISTRATE JUDGE